**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-14862-ref |
| Andrew James Lane | : | |
| Tiffanie Jean Lane aka | : | |
| Tiffanie Jean Shaud | : | |
| Debtor(s) | : | CHAPTER 13 |

**RESPONSE TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362**

1. Admitted.

2. Admitted.

3 Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied

8. Denied.

9 Denied.

10. Denied.

WHEREFORE, Debtors seek and Order denying this Motion.

Respectfully submitted,

Dated: April 2, 2019                By: /s/ Michael D. Hess
Michael D. Hess, Esquire
Pa. I.D.# 63650
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA 17601
(717) 391-2911