**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

|  |  |  |
|---|---|---|
|  | : | **BANKRUPTCY NO: 18-14862-ref** |
| **Andrew James Lane** | : |  |
| **Tiffanie Jean Lane** | : |  |
| **Debtor(s)** | : |  |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Hess, counsel for Debtor(s), hereby certify that the Application for Compensation was served on all interested parties at the addresses listed on the Certificate of Service attached to the Application and that no objection, answer, or other responsive pleading or request for hearing has been received by Counsel for the Debtor(s) and requests that the Order attached to the Application be entered by the Court.

/s/ Michael D. Hess
Michael D. Hess, Esq.
Burke & Hess
1672 Manheim Pike
Lancaster PA 17601

Dated: May 16, 2019