United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14862-elf
Andrew James Lane                                                         Chapter 13
Tiffanie Jean Lane
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 3          Date Rcvd: Jun 13, 2019
                              Form ID: pdf900        Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db/jdb         +Andrew James Lane,    Tiffanie Jean Lane,    307 Alexandra Court,    Marietta, PA 17547-9246
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14169839       +Apex Asset Management,    1891 Santa Barbara Drive, Suite 204,    Lancaster, PA 17601-4106
14169840       +Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
14233531       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14169843       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14169844       +CBY,    33 S. Duke Street,    York, PA 17401-1401
14194349      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pa,      Box 117,   Columbus, OH  43216)
14198097        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14169845       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14169846       +Citi,    P O Box 6241,    Sioux Falls, SD 57117-6241
14207043       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14169847        Complete Collection Service,    1007 N. Federal Hwy., #280,    Fort Lauderdale, FL 33304-1422
14169848       +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
14169851       +First Source Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
14169854       +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
14169855        Kay Jewelers,    Genesis FS Card Services,    Columbus, GA 31902
14185619       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
14169857       +May Grant Obstetrics,    694 Good Drive, #112,    Lancaster, PA 17601-2433
14169858       +Memorial Hospital,    PO Box 15118,    York, PA 17405-7118
14169862       +Office of Unemployment Compensation Benefits,     PA Depart.of Labor & Industry,Chief Coun,
                 851 Boas Street, 10th Floor,    Harrisburg, PA 17121-0001
14210515       +PA Housing Finance Agency,    Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14199745       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14169869        PHEAA,    PO Box 8157,    Harrisburg, PA 17105-8157
14169866       +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14169872       +Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
14169875       +QCS,    PO Box 4699,    Petaluma, CA 94955-4699
14169878        State Collection Service,    PO Box 1022,    Wixom, MI 48393-1022
14255146        U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
14169880       +US Department of Education,    National Payment Center,    PO Box 105028,
                 Atlanta, GA 30348-5028
14169879       +United Collection Bureau,    PO Box 1116,    Maumee, OH 43537-8116
14169881       +Wells Fargo,    PO Box 5119,    Sioux Falls, SD 57117-5119
14204090        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,    Irvine CA 92623-9657
14194867        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: cneal@horstgroup.com Jun 14 2019 03:31:06
                 Maytown Village Square Association, Inc.,    c/o Horst Property Management,    PO Box 3330,
                 Lancaster, PA 17604-3330
14169837        E-mail/Text: ebn@americollect.com Jun 14 2019 03:31:43     Americollect Inc,    PO Box 1566,
                 Manitowoc, WI 54221
14199857        E-mail/Text: DocumentFiling@lciinc.com Jun 14 2019 03:30:32     Antero Capital, LLC,
                 PO BOX 1931,    Burlingame, CA 94011
14169838       +E-mail/Text: info@aal.bz Jun 14 2019 03:31:57     Anesthesia Associates of Lancaster, LTD.,
                 133 East Frederick Street,    Lancaster, PA 17602-2222
14169841        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:09     Capital One,
                 15000 Capital One Drive,    Henrico, VA 23238
14169842       +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 14 2019 03:31:55     CBE Group,
                 1309 Technology Pkwy.,    Cedar Falls, IA 50613-6976
14180522        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:33
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14169849       +E-mail/Text: csd1clientservices@cboflanc.com Jun 14 2019 03:32:34     Credit Brueau,
                 Collection Division,    P O Box 1271,    Lancaster, PA 17608-1271
14169850        E-mail/Text: csd1clientservices@cboflanc.com Jun 14 2019 03:32:34     Credit Bureau,
                 P O Box 1271,    Lancaster, PA 17608-1271
14169852       +E-mail/Text: bankruptcy@affglo.com Jun 14 2019 03:31:38     Global Credit & Collection Corp,
                 5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486

```
District/off: 0313-4          User: dlv                    Page 2 of 3                   Date Rcvd: Jun 13, 2019
                              Form ID: pdf900              Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14169856       +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 03:30:42      Kohls,    N56W17000 Ridgewood,
                 Menomonee Falls, WI 53051-7096
14203547        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14169859       +E-mail/Text: Bankruptcies@nragroup.com Jun 14 2019 03:32:50     National   Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14169861       +E-mail/Text: bankruptcy@onlineis.com Jun 14 2019 03:32:34      Online Collections,   PO Box 1489,
                 Winterville, NC 28590-1489
14169863        E-mail/Text: blegal@phfa.org Jun 14 2019 03:31:39     PA Housing Finance Agency,
                 211 North Front Street,    PO Box 15206,   Harrisburg, PA 17105-5206
14169870        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:25:35
                 Portfolio Recovery Assoc,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14169873        E-mail/Text: bankruptcynotices@psecu.com Jun 14 2019 03:32:39       PSECU,   PO Box 67013,
                 Harrisburg, PA 17106-7013
14169864        E-mail/Text: bkrnotice@prgmail.com Jun 14 2019 03:31:35      Paragon Revenue Group,   PO Box 127,
                 Concord, NC 28026-0127
14213495       +E-mail/Text: blegal@phfa.org Jun 14 2019 03:31:40     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14169871       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:39:01
                 Portoflio Recovery Assoc.,    P O Box 12914,   Norfolk, VA 23541-0914
14169876       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 14 2019 03:32:59      Receivables Management,
                 1809 N. Broadway Street,    Greensburg, IN 47240-8217
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14169853        Healthy Network Laboratories
14169865        Patient First
14169868        Pennsylvania Specialty Pathology
14169877        Receivables Management Systems
14169882        Windham Professional
14169860*      +National Recovery Agency,    2491 Paxton Street,   Harrisburg, PA 17111-1036
14169874*      +PSECU,   PO Box 67013,   Harrisburg, PA 17106-7013
14169867      ##+Penn Creidt Corp,    916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                    TOTALS: 5, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:

```
              AARON S. MARINES    on behalf of Creditor   Maytown Village Square Association, Inc.
               asm@rkglaw.com,  dls@rkglaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL D. HESS    on behalf of Joint Debtor Tiffanie Jean Lane amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor Andrew James Lane amburke7@yahoo.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: dlv               Page 3 of 3            Date Rcvd: Jun 13, 2019
                              Form ID: pdf900         Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com

                                                                                          TOTAL: 8

Case 18-14862-elf    Doc 46    Filed 06/15/19    Entered 06/16/19 00:58:56    Desc Imaged
Certificate of Notice    Page 3 of 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ANDREW JAMES LANE | : | Chapter 13 |
| | TIFFANIE JEAN LANE, | : | |
| | | : | |
| | Debtors | : | Bky. No. 18-14862 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: June 13, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**